IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. Dist. Colo. Case No. 07-RJ-0014
U.S. Dist. Idaho Case No. CV-03-220-S-BLW

WHEATON EQUIPMENT COMPANY,
an Idaho corporation,

    Plaintiff,

v.

FRANMAR, INC, a corporation; and
FRANKLIN TOLBERT, an individual,

    Defendants.

## WRIT OF EXECUTION

TO:    THE UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES MARSHALS SERVICE, GREETINGS:

**WHEREAS**, on the 31st day of May, 2007 the Plaintiff above-named recovered an Amended Judgment in the United States District Court for the District of Idaho against the Defendant Franmar, Inc. for the -

| | |
|---|---:|
| TOTAL SUM OF | $340,186.32 |
| less sum owed by Plaintiff to Defendant under Order of 4/20/05 | ($4,114.84) |
| less Judgment against Plaintiff in favor of Defendant Franmar of 3/9/06 | ($12,245.89) |
| plus accruing interest through 05/31/07 | $18,600.96 |
| plus attorney fees and costs awarded 05/31/07 | $84,648.70 |
| plus accruing interest through 07/27/07 | $3,301.44 |
| **TOTAL AMOUNT NOW DUE AND OWING** | **$430,376.69** |

NOW, YOU, THE UNITED STATES MARSHALS SERVICE, are hereby requested to satisfy said Judgment, with continuing interest at 4.95% accruing daily after July 27, 2007, in the amount of $58.37 per day, plus accruing costs and United States Marshals Service fees, out of unsecured personal property of Defendant Franmar, Inc. located in Colorado, or if sufficient unsecured personal property of said defendant cannot be found, then out of the unsecured real property belonging to said defendant in Colorado, and make return of this Writ within sixty (60) days after receipt thereof, or on a continuing basis if a continuing garnishment is issued, with what you have done endorsed thereon.

This writ is enforceable in, and may be served by you in, the state of Colorado.  Pursuant to Rule 69(a) of the FEDERAL RULES OF CIVIL PROCEDURE, proceedings to enforce this Writ, and all proceedings in aid of execution of this Writ, shall be according to the practice and procedure in the State of Colorado.

DATED at Denver, Colorado, this 31st day of July, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

ATTEST my hand and the seal of said Court, the day and year last above written.

GREGORY C. LANGHAM

by:_____
Deputy Clerk